## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN
## MADISON DIVISION

| | |
|---|---|
| Judy Flogel,<br><br>    Plaintiff,<br><br>v.<br><br>Northstar Location Services, LLC<br><br>    Defendant. | Case No.:<br><br><br>**COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF**<br><br><br>**JURY DEMAND ENDORSED HEREIN** |

### JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692.  Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

### FACTS COMMON TO ALL COUNTS

2. Defendant is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6).

3. As described below, Defendant attempted to collect from Plaintiff a "debt" as defined by 15 U.S.C. §1692a(5), which was allegedly owed to Bank of America.

4. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

5. On or around August 19, 2010, Defendant telephoned Plaintiff's sister-in-law in connection with the collection of the debt.

6. On or around August 19, 2010, Plaintiff telephoned Defendant after learning of the above referenced communication.

7. During this communication, Plaintiff confirmed her telephone number and address and requested that Defendant cease communications to Plaintiff's family members.

8. Despite Plaintiff's request, Defendant telephoned Plaintiff's father-in-law ("John") in connection with the collection of the debt on several occasions throughout the remainder of August 2010.

9. During at least two of these occasions, Defendant stated that it was a debt collector thus disclosing to John that Plaintiff was alleged to owe a debt.

10. On or around August 31, 2010, Defendant telephoned Plaintiff.

11. During this communication, Defendant threatened that it would continue to call the six telephone numbers listed in Plaintiff's file unless Plaintiff returned Defendant's call, which was a thinly veiled threat to continue to call Plaintiff's family members in connection with the collection of the debt.

12. Defendant caused Plaintiff embarrassment and emotional distress.

13. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

14. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

15. Defendant violated 15 U.S.C. §1692c(b) by communicating with a third party in connection with the collection of the debt.

## COUNT TWO

### Violation of the Fair Debt Collection Practices Act

16. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

17. Defendant violated 15 U.S.C. §1692d by engaging in conduct the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with the collection of the debt.

## COUNT THREE

### Violation of the Fair Debt Collection Practices Act

18. Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

19. Defendant violated 15 U.S.C. §1692e by using false, deceptive, or misleading representations in connection with the collection of the debt.

## JURY DEMAND

20. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

21. Plaintiff prays for the following relief:

   a. Judgment against Defendant for actual damages, statutory damages, and costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b. For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: s/Timothy J. Sostrin
    Timothy J. Sostrin
    233 S. Wacker, Suite 5150
    Chicago, IL 60606
    Telephone: 312-753-7576
    Fax: 312-822-1064
    Email: tjs@legalhelpers.com