# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Judy Flogel,<br><br>     Plaintiff,<br><br>v.<br><br>NorthStar Location Services, LLC<br><br>     Defendant. | Case No. 3:10-cv-519-wmc<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby dismisses the present action with prejudice.  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By:    /s/ Timothy J. Sostrin
     Timothy J. Sostrin
     233 S. Wacker Drive, Suite 5150
     Chicago, IL 60606
     Telephone: 866.339.1156
     Email: tjs@legalhelpers.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2010, I served Defendant with the foregoing by

depositing a copy of the same in the U.S. mail addressed as follows:

Northstar Location Services, LLC
4285 Genesee Street
Cheektowaga, NY 14225-1943

/s/ Timothy J. Sostrin